UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cecil Eugene Shaw**, <br>     Plaintiff, <br> v. <br> **An S. Shin**; <br> **Sunny & John, Inc.,** a California Corporation; and Does 1-10, <br>     Defendants. | **Case:** 5:16-CV-03865-EJD <br><br> **[proposed] ORDER Granting Motion for Administrative Relief to Extend Time to Complete Joint Site Inspection** |

Having reviewed Plaintiff's motion seeking administrative relief from the joint site inspection deadline and finding good cause therefore, the Court hereby grants Plaintiff's motion. Therefore, the deadline to complete the joint site inspection will be extended to and including 11/17/2017. All other deadlines will adjust accordingly.

**IT IS SO ORDERED.**

Dated: October 3, 2017

_____
HONORABLE EDWARD J. DAVILA
United States District Judge

1