UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Cecil Eugene Shaw**,<br><br>    Plaintiff,<br><br>v.<br><br>**An S. Shin**;<br>**Sunny & John, Inc.,** a California Corporation; and Does 1-10,<br><br>    Defendants. | **Case:** 5:16-CV-03865-EJD<br><br>[~~proposed~~] **ORDER Granting Second Motion for Administrative Relief to Extend Time to Complete Joint Site Inspection** |

Having reviewed Plaintiff's second motion seeking administrative relief from the joint site inspection deadline and finding good cause therefore, the Court hereby grants Plaintiff's motion. Therefore, the deadline to complete the joint site inspection will be extended to and including January 8, 2018. All other deadlines will adjust accordingly. Further, defense counsel shall appear at a site inspection on November 27, 2017, or another mutually agreeable date no later than January 8, 2018.

**IT IS SO ORDERED.**

Dated: November 27, 2017 _____

                                      HONORABLE EDWARD J. DAVILA
                                      United States District Judge